**WHOLE COURT**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**December 16, 2015**

# In the Court of Appeals of Georgia

A13A1963. KAUTZ v. POWELL et al.                                JE-096

ELLINGTON, Presiding Judge.

In *Kautz v. Powell*, 297 Ga. 283 (773 SE2d 690) (2015), the Supreme Court of Georgia reversed this Court's opinion in *Kautz v. Powell*, 326 Ga. App. 816 (755 SE2d 330) (2014). We therefore vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and reverse the trial court's judgment.

*Judgment reversed. Andrews, P. J., Barnes, P. J., Phipps, P. J., and Miller, Branch, and McMillian, JJ., concur.*